

ORIGINAL

FILED
10/02/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 06-0356

## IN THE SUPREME COURT OF THE STATE OF MONTANA

IN THE MATTER OF THE AUTHORIZATION
OF A RETIRED JUDGE TO ADMINISTER
AN OATH OF OFFICE

O R D E R

FILED
OCT 0 2 2020
Bowen Greenwood
Clerk of Supreme Court
State of Montana

The Honorable Holly Brown, Retired District Judge, having retired under the judges' retirement system as provided by law and having requested authorization to administer the oath of office to incoming Gallatin County District Court Judge Peter Ohman,

IT IS ORDERED that the Honorable Holly Brown is hereby called to duty as a district judge to administer the oath of office to Peter Ohman on October 9, 2020. Judge Brown shall not be compensated for administering the oath.

This Order is entered by the Chief Justice pursuant to Article VII of the Constitution of the State of Montana and statutes enacted in conformity therewith and in implementation thereof.

The Clerk of Court is directed to mail a copy of this Order to the Honorable Holly Brown.

DATED this ___2nd___ day of October, 2020.

For the Court,

_____
Chief Justice